UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FRANCISCO BAHENA DIAZ,

        Petitioner,                Case No. 1:26-cv-306

v.                                  Honorable Robert J. Jonker

KEVIN RAYCRAFT et al.,

        Respondents.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Petitioner's action is **DISMISSED WITHOUT PREJUDICE**.


Dated:  January 30, 2026                  /s/ Robert J. Jonker
                                                    Robert J. Jonker
                                                     United States District Judge